**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H. JOHNSON, PAULA A. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., U.S. BANK, N.A.,<br><br>Defendants. | No. ED CV 16-2136 PA (GJSx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's May 9, 2017 Order dismissing the First Amended Complaint filed by plaintiffs Stephen H. Johnson and Paula A. Johnson (collectively "Plaintiffs") without leave to amend;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendants Caliber Home Loans, Inc. and U.S. Bank, N.A. (Collectively "Defendants") shall have judgment in their favor against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed.

/ / /

/ / /

/ / /

It is further ORDERED, ADJUDGED, and DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

DATED: May 9, 2017

                                                                                                                 _____
                                                                                                                          Percy Anderson
                                                                                    UNITED STATES DISTRICT JUDGE